**Order entered March 5, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01118-CR

**JEROME JORDAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F16-75605-J**

## ORDER

Before the Court is court reporter Kimberly Xavier's request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed within **FIFTEEN DAYS** of the date of this order. Ms. Xavier is cautioned that further extensions will be disfavored.

/s/      BILL PEDERSEN, III
JUSTICE